

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 18, 2021

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *Hu v. Wolf, et al.*, No. 21 Civ. 88 (RA)

Dear Judge Abrams:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Refugee/Asylee Relative Petition (Form I-730). On January 22, 2021, the Court entered an Order scheduling an initial conference on March 26, 2021, and directing the parties to make certain pre-conference submissions on March 18 and 19. *See* ECF No. 2. I write on behalf of both parties to jointly request that the Court adjourn the March 26 conference as set forth below.

    By way of background, the plaintiff mailed a copy of the summons and complaint to the government on March 10, 2021. Based on that mailing date, the government calculates its response to the complaint as due May 12, 2021. The parties having conferred, I write respectfully on behalf of both parties to request that the Court adjourn the initial conference presently scheduled for March 26 to a date at least one week after May 12, 2021.

    The parties make this joint request to allow the government the necessary time to gather the facts underlying the case and discuss with USCIS what remains to be done in order for USCIS to take adjudicative action on plaintiff's Form I-730, and then to discuss next steps in this litigation with the plaintiff (potentially including whether to request a further extension of the date for the government's response to the complaint in light of the necessary steps and timeline for an adjudication). The parties respectfully submit that their proposed course of action, which is typical in similar cases in which the plaintiff asserts that USCIS has unreasonably delayed adjudicating an application such as a Form I-730, is in the interests of efficiency and conservation of judicial and party resources, rather than proceeding with an initial conference at this juncture.

    This is the parties' first request to adjourn the March 26 conference. If the Court grants this request, the parties also request that the dates for the pre-conference submissions set forth in the January 22 Order be adjusted accordingly. Plaintiff's counsel joins in these requests. I apologize for making this request on the date that the first pre-conference submission is due under the January 22 Order; however, the service package was received at our Office's 86 Chambers Street address on March 11 and was scanned and sent to the undersigned for assignment only this

morning. Thus, the undersigned became aware of this case and the Court's January 22 Order only today, and has acted as promptly as possible under the circumstances.

    I thank the Court for its consideration of this letter.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                United States Attorney

                    By:  *s/ Michael J. Byars*
                                MICHAEL J. BYARS
                                Assistant United States Attorney
                                Telephone: (212) 637-2793
                                Facsimile: (212) 637-2786
                                E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)

                                Application granted. The initial conference is hereby adjourned until May 21, 2021 at 2:15 p.m.

                                SO ORDERED.

                                Hon. Ronnie Abrams
                                March 19, 2021